Case 2:23-cr-00040-RAH-CWB   Document 52   Filed 11/22/24   Page 1 of 1

AO 247 (Rev. 03/19)  Order Regarding Motion for Sentence Reduction Pursuant to 18 U.S.C. § 3582(c)(2)   Page 1 of 2 (Page 2 Not for Public Disclosure)

# UNITED STATES DISTRICT COURT
for the
Middle District of Alabama

United States of America )
v. )
Dante Cortez Helms )
) Case No: 2:23cr40-RAH
) USM No: 43128-510
Date of Original Judgment: 08/04/2023 )
Date of Previous Amended Judgment: )
) Andrew M. Skier
*(Use Date of Last Amended Judgment if Any)* *Defendant's Attorney*

## ORDER REGARDING MOTION FOR SENTENCE REDUCTION PURSUANT TO 18 U.S.C. § 3582(c)(2)

Upon motion of ☑ the defendant ☐ the Director of the Bureau of Prisons ☐ the court under 18 U.S.C. § 3582(c)(2) for a reduction in the term of imprisonment imposed based on a guideline sentencing range that has subsequently been lowered and made retroactive by the United States Sentencing Commission pursuant to 28 U.S.C. § 994(u), and having considered such motion, and taking into account the policy statement set forth at USSG §1B1.10 and the sentencing factors set forth in 18 U.S.C. § 3553(a), to the extent that they are applicable,

**IT IS ORDERED** that the motion is:
☑ DENIED.  ☐ GRANTED and the defendant's previously imposed sentence of imprisonment *(as reflected in the last judgment issued)* of _____ months **is reduced to** _____ .
*(See Page 2 for additional parts. Complete Parts I and II of Page 2 when motion is granted)*

The defendant is not due an adjustment for Certain Zero-Point Offenders under Part B of Amendment 821 as he possessed a firearm in connection with the offense. USSG §4C1.1(a)(7). According to USSG §1B1.10(a)(2)(A), a reduction in the defendant's term of imprisonment is not consistent with this policy statement and therefore is not authorized under 18 U.S.C. § 3582(c)(2) because none of the amendments listed in subsection (d) is applicable to the defendant.

Except as otherwise provided, all provisions of the judgment dated _____ shall remain in effect.
**IT IS SO ORDERED**.

Order Date: 11/22/2024

*Judge's signature*

Effective Date: _____
*(if different from order date)*

R. Austin Huffaker, Jr., U.S. District Judge
*Printed name and title*